IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAVIER SOTO,

    Plaintiff,

v.

JOHN W. VOJTECH, et al.,

    Defendants.

_____/

**No. C 09-2126 RS**

**ORDER TO SHOW CAUSE**

On December 31, 2009, a "Notice of Issuance of Preliminary Injunction" was filed herein asserting that the Bankruptcy Court for the Central District of California, acting in the bankruptcy proceedings of the corporate defendant CBC Framing, Inc., has enjoined further prosecution of this action against the individual defendant, John W. Vojtech by order dated November 30, 2009. No copy of such order was attached to the notice, and the Court's review of the docket in *In re CBC Framing, Inc,* 1:09-20610 MT has not revealed any order issued on that date that plainly enjoined prosecution of this action as to Vojtech.

Accordingly, good cause appearing, within five days of the date of this order, defendants shall file a copy of any order they contend prohibits further prosecution of this action as to Vojtech. Within ten days thereafter, plaintiff may file a response, in the event he contends this action may

1

proceed against Vojtech.  The Case Management Conference scheduled for January 6, 2010 is hereby VACATED.

IT IS SO ORDERED.

Dated: January 4, 2010

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE