IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAVIER MEDRANO SOTO,

        Plaintiff,

  v.

JOHN W. VOJTECH and CBC FRAMING, INC., a California corporation,

        Defendants.

No. C 09-02126 RS

**ORDER STAYING CASE**

Pursuant to orders entered November 30, 2009, and January 5, 2010, by the United States Bankruptcy Court in the Central District of California in *In re CBC Framing, Inc.*, 1:09-20610 MT, this matter is hereby STAYED. The parties shall file a joint status report in this Court regarding the bankruptcy proceedings no later than **July 30, 2010**. In any event, the parties shall notify this Court within ten (10) days of any proceeding in the bankruptcy action that would allow the instant lawsuit to go forward.

IT IS SO ORDERED.

Dated: 01/28/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE