**\*E-Filed 4/6/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAVIER MEDRANO SOTO, | No. C 09-02126 RS |
| Plaintiff, | **ORDER DIRECTING FILING OF STATUS REPORT** |
| v. | |
| JOHN W. VOJTECH and CBC FRAMING, INC., a California corporation, | |
| Defendants. | |

The parties shall file a joint status report in this Court regarding the bankruptcy proceedings no later than **April 29, 2011** and every 120 days thereafter. In any event, the parties shall notify this Court within ten (10) days of any proceeding in the bankruptcy court that would allow this action to go forward.

IT IS SO ORDERED.

Dated: 4/6/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-02126