**United States District Court**
For the Northern District of California

*E-Filed 11/17/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER MEDRANO SOTO, | No. C 09-02126 RS |
| Plaintiff, | |
| v. | **STANDBY ORDER OF DISMISSAL** |
| JOHN W. VOJTECH and CBC FRAMING, INC., a California Corporation, | |
| Defendants. | |
| _____/ | |

On April 6, 2011, this Court directed the parties to submit joint status reports regarding defendants' bankruptcy proceeding no later than April 29, 2011 and every 120 days thereafter.  On May 4, 2011, plaintiff filed a status report indicating that his claims in this suit would be extinguished on completion of the bankruptcy plan, which was likely to occur within the next 120 days.  Plaintiff stated that he would appraise the Court as to whether this action should be dismissed in the next status report.

As of this time, neither party has provided any further update since May 4, 2011. Accordingly, the parties are required to file a joint status report or a stipulation of dismissal within thirty days of the date of this Order.  If a joint status report or stipulation of dismissal is not filed by that date, the parties are ordered to appear on January 5, 2012 at 1:30 p.m. in Courtroom 3, 17th

1   Floor of the San Francisco Courthouse and show cause why the case should not be dismissed.

2   Failure to comply with this Order may result in dismissal of the case.

3

4        IT IS SO ORDERED.

5

6   Dated: 11/17/11

    _____
    RICHARD SEEBORG
7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

No. C 09-02126 RS
STANDBY ORDER OF DISMISSAL

2