**\*\*E-filed 1/4/12\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIEV MEDRANO SOTO,<br><br>        Plaintiff,<br>  v.<br><br>JOHN W. VOJTECH and CBC FRAMING, INC.,<br><br>        Defendants.<br>_____/ | No. C 09-02126 RS<br><br>**ORDER DISMISSING CASE** |

Plaintiff in the above-captioned case has submitted an affidavit stating that the case may be dismissed. (Dkt. No. 18). Because the dismissal is voluntary, and defendants have not yet served an answer or filed a motion for summary judgment, the dismissal is without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

IT IS SO ORDERED.

Dated: 1/4/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE